SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
DEC 19 2005
J. T. NOBLIN, CLERK
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**CHARLES R. TOUSSAINT and**             **PLAINTIFFS**
**VIVIAN BROWN TOUSSAINT**

**v**             **CIVIL ACTION NO. 3:04-cv-668 BN**

**UNITED STATES OF AMERICA**             **DEFENDANT**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court on the joint motion *ore tenus* of the parties, by and through counsel, to dismiss the case with prejudice. The Court, being fully advised that the parties have settled this dispute fully and finally to the satisfaction of all parties involved, finds that the motion should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the above-styled case is hereby dismissed with prejudice as to all parties, with all parties to bear their own costs and expenses.

**SO ORDERED**, this the 16th day of December, 2005.

_____
United States District Judge

**AGREED:**

_____
Deborah McDonald
Attorney for Plaintiff

_____
Peggy C. Newton
Assistant United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

**CHARLES R. TOUSSAINT and**  **PLAINTIFFS**
**VIVIAN BROWN TOUSSAINT**

**v**    **CIVIL ACTION NO. 3:04-cv-668 BN**

**UNITED STATES OF AMERICA**    **DEFENDANT**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court on the joint motion *ore tenus* of the parties, by and through counsel, to dismiss the case with prejudice. The Court, being fully advised that the parties have settled this dispute fully and finally to the satisfaction of all parties involved, finds that the motion should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the above-styled case is hereby dismissed with prejudice as to all parties, with all parties to bear their own costs and expenses.

**SO ORDERED**, this the _____ day of _____, 2005.

_____
United States District Judge

**AGREED:**

_____
Deborah McDonald
Attorney for Plaintiff

_____
Peggy C. Newton
Assistant United States Attorney